**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LONG CORNER SECURITY LLC,** <br><br> Plaintiff, <br> v. <br><br> **MASTERCARD INCORPORATED,** <br><br> Defendant. | Case No. 2:13-cv-851 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE,
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Long Corner Security LLC hereby dismisses this action against Defendant MasterCard Incorporated ("Defendant"), without prejudice. Defendant has not served either an answer or a motion for summary judgment in this matter.

Dated: November 11, 2013                                Respectfully submitted,

/s/ *Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
Phone: 903-730-6789
craig@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff Long Corner Security LLC*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served upon all counsel of record on November 11, 2013 via the Court's CM/ECF system.  A copy of the foregoing will also be served on all known counsel for Defendant who have not appeared.

                                            */s/ Craig Tadlock*
                                            Craig Tadlock